UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| JONATHAN D. COBB, SR., et al., | No. C 10-3907 MEJ |
| Plaintiffs, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| ERNEST BREDE, et al., | |
| Defendants. | |

This matter is currently scheduled for a case management conference on December 9, 2010. However, Defendants' motion to dismiss is scheduled to be heard that same day. Accordingly, the Court hereby VACATES the December 9 conference. After resolution of Defendants' motion, the Court shall reschedule the case management conference, if necessary.

**IT IS SO ORDERED.**

Dated: November 10, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JONATHAN D COBB SR

        Plaintiff,

v.

ERNEST BREDE

        Defendant.

Case Number: 10-03907 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 10, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Walter Arlen St. Clair
828 Weeks St.
Palo Alto, CA 94303

Dated: November 10, 2010

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk