UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| JONATHAN D. COBB, SR., et al.,<br><br>　　　　Plaintiffs,<br>　v.<br>ERNEST BREDE, et al.,<br><br>　　　　Defendants.<br>_____/ | No. C 10-03907 MEJ<br><br>**SECOND ORDER DIRECTING PLAINTIFF WALTER ARLEN ST. CLAIR TO FILE CONSENT OR DECLINATION FORM** |

　　　　On October 4, 2010, the Court ordered Plaintiffs Jonathan D. Cobb, Sr. and Walter Arlen St. Clair to consent to the undersigned magistrate judge's jurisdiction or request reassignment to a district court judge. (Dkt. #6.) Plaintiff Walter Arlen St. Clair has failed to comply with this order. This civil case was randomly assigned to Magistrate Judge James for all purposes including trial. In accordance with 28 U.S.C. § 636(c), the magistrate judges of this district court are designated to conduct any and all proceedings in a civil case, including trial and entry of final judgment, upon the consent of the parties. An appeal from a judgment entered by Magistrate Judge James may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

　　　　You have the right to have your case assigned to a United States District Judge for trial and disposition. Accordingly, Plaintiffs shall inform the Court, by way of the enclosed form, whether they consent to Magistrate Judge James' jurisdiction or requests reassignment to a United States District Judge for trial. The consent/declination form shall be filed by November 29, 2010.

　　　　**IT IS SO ORDERED.**

Dated: November 10, 2010

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Maria-Elena James
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chief United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JONATHAN D. COBB, SR., et al.,          No. C 10-03907 MEJ

       Plaintiffs,

vs.

ERNEST BREDE, et al.,

       Defendants.
_____/

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of final judgment, and voluntarily waives the right to proceed before a United States District Judge.

Dated:_____  Signed by:_____

                                                       Counsel for:_____

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition, and hereby requests the reassignment of this case to a United States District Judge.

Dated:_____  Signed by:_____

                                                       Counsel for:_____

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN D COBB SR | Case Number: 10-03907 MEJ |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| ERNEST BREDE | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 10, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Walter Arlen St. Clair
828 Weeks St.
Palo Alto, CA 94303

Dated: November 10, 2010

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk

3