UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| JONATHAN D. COBB, SR., et al., | No. C 10-03907 MEJ |
| Plaintiffs, | **ORDER REMOVING CASE FROM ADR PROGRAM** |
| v. | |
| ERNEST BREDE, et al., | |
| Defendants. | |

On March 11, 2011, the Court referred this case to the early neutral evaluation ADR program. Dkt. No. 32. However, both parties have now filed requests to be removed from the ADR program. Dkt. Nos. 39, 41. Good cause appearing, the Court GRANTS the parties' request. This matter is hereby REMOVED from the ADR program.

**IT IS SO ORDERED.**

Dated: May 17, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JONATHAN D COBB SR

        Plaintiff,

  v.

ERNEST BREDE

        Defendant.

Case Number: 10-03907 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 17, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jonathan D. Cobb, Sr.
828 Weeks St.
Palo Alto, CA 94303

Walter Arlen St. Clair
1227 Sevier St
Menlo Park, CA 94025

Dated: May 17, 2011

                Richard W. Wieking, Clerk
                By: Brenda Tolbert, Deputy Clerk