UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| JONATHAN D. COBB, SR., et al., | No. C 10-03907 MEJ |
| Plaintiffs, | |
| v. | **ORDER TO SHOW CAUSE** |
| ERNEST BREDE, et al., | |
| Defendants. | |
| _____/ | |

On May 18, 2011, Defendants filed a Request for Telephonic Conference, (Dkt. No. 45), related to the discovery procedures in this case and Plaintiffs' alleged failure to comply. Specifically, Defendants state that Plaintiffs have (1) refused to comply with multiple requests for compliance with Rule 26 disclosures, (2) failed to meet and confer as required regarding discovery disputes, (3) refused to communicate with Defendants' counsel on any matter relating to this case, (4) failed to respond to interrogatories and requests for production, and (5) obtained civil subpoenas and served individuals without serving copies on Defendants' counsel.  While not accepting Defendants' allegations as true, the Court notes that a pattern appears to be emerging in this case, one in which Plaintiffs prosecute their case as they see fit without regard for the procedural rules of this Court.  Such behavior will not be tolerated.  Accordingly, the Court ORDERS Plaintiffs to appear before this Court and show cause why sanctions should not be imposed for failure to comply with court rules.  Plaintiffs shall appear on June 9, 2011 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: May 19, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JONATHAN D COBB SR

        Plaintiff,

  v.

ERNEST BREDE

        Defendant.

Case Number: 10-03907 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 19, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jonathan D. Cobb, Sr.
828 Weeks St.
Palo Alto, CA 94303

Walter Arlen St. Clair
1227 Sevier St
Menlo Park, CA 94025

Dated: May 19, 2011

                Richard W. Wieking, Clerk
                By: Brenda Tolbert, Deputy Clerk