Exhibit A

Anthony V. Smith, Esq. (SBN 124840)
LAW OFFICE OF ANTHONY V. SMITH
204 East Second Avenue, #331
San Mateo, CA 94401-3904
Tel: 650.548.0100
Fax: 650.548.9741

Attorney for Defendants ERNEST BREDE, LUIS CONTRERAS, PAUL KOEHLER, LARRY LAVERDURE, DONALD SHOWERS, AARON LUCAS, STEVE MISTERFELD, ALAN SHUSTER, RICHARD ASHE and DOE SDG:SSX

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN D. COBB, SR., and WALTER ARLEN ST. CLAIR, <br><br> Plaintiffs, <br><br> v. <br><br> ERNEST BREDE, LUIS CONTRERAS, PAUL KOEHLER, LARRY LAVERDURE, DONALD SHOWERS, AARON LUCAS, STEVE MISTERFELD, ALAN SHUSTER, RICHARD ASHE and DOE SDG:SSX, <br><br> Defendants. | Case No.: 3:10-CV-03907-MEJ <br><br> **JUDGE: Honorable Maria-Elena James** <br><br> **OBJECTION TO SUBPOENA SERVED ON ERNEST BREDE** <br> [FRCP 45(b)(1)] |

Defendants hereby objects to the deposition subpoena (the "Subpoena") served on Defendant ERNEST BREDE on or about February 25, 2011. Defendants object to the Subpoena on the grounds, that issuance and service of the subpoena was in violation of FRCP 45(b)(1), among other grounds. Plaintiffs' failure to comply with FRCP 45(b)(1) continues to deny Defendant's counsel the opportunity to review, object, or seek court relief for his clients.

Defendants reserve the right to assert additional grounds upon which to object to this Subpoena and/or to seek a protective order from the court.

Additionally, Defendants request that the Court order plaintiffs to comply with FRCP 45(b)(1) with respect to the issuance of civil subpoenas issued by the court and served on both parties and non-party witnesses. Over the course of the past two (2) months, plaintiffs have repeated obtained civil subpoenas issued by the clerk of the court and had them served without providing notice to counsel for defendants. Plaintiffs have served subpoenas without notice to counsel for defendants in an attempt to obtain congregation financial records from: 1) Wells Fargo Bank; 2) Glen Watson, an elder associated with the Operating Committee of the Kingdom Hall which committee serves to maintain the Kingdom Hall based upon the tenets of the religious beliefs of Jehovah's Witnesses as directed by the ecclesiastical authority of Jehovah's Witnesses; and 3) Defendant Ernest Brede, without serving a copy of the subpoena on counsel for the defendants.

The practice of both plaintiffs has hampered counsel for defendants from asserting objections where necessary, or otherwise act to protect defendants' interests and the interests of the of Menlo Park Congregation of Jehovah's Witnesses, Inc., a California nonprofit religious corporation ("the Corporation"), holding title to the Kingdom Hall, 811 Bay Road, Menlo Park, California (the "Kingdom Hall") which serves as an agent of the Menlo Park Congregation of Jehovah's Witnesses, an unincorporated association.

Date: March 8, 2011

_____
Anthony V. Smith, Esq.
LAW OFFICE OF ANTHONY V. SMITH
Attorney for Defendants ERNEST BREDE, LUIS CONTRERAS
PAUL KOEHLER, LARRY LAVERDURE, DONALD SHOWERS
AARON LUCAS, STEVE MISTERFELD, ALAN SHUSTER,
RICHARD ASHE and DOE SDG:SSX

Exhibit B

# JPMorganChase

Donna A Craig
Telephone:  +1 317-757-7372
Facsimile:  +1 317-757-7421

National Subpoena Processing
Mail Code IN1-4054
7610 West Washington Street
Indianapolis, Indiana 46231

05/10/2011

The English Menlo Park Congregation of Jehovah's Witnesses Inc
811 Bay Road; Menlo Park, CA 94025

RE:  Case Name:  **Jonathan D Cobb Sr**
                 **v Ernest Brede**
     Case No.:  **CV10-3907**
     JPMC File No.:  **00282645**

Dear Sir / Madam:

JPMorgan Chase Bank, N.A.,(JPMC) was served with a subpoena with regard to the above referenced case. A copy of the subpoena is enclosed for your review.

If you are represented by an attorney in this matter, please provide your attorney with a copy of this letter and the enclosed subpoena immediately.

Chase is obligated to respond to this subpoena and will provide the requested information to the requesting party unless Chase receives within ten days (or sooner if required by the Subpoena) from the date of this letter a copy of a properly filed Motion to Quash the Subpoena, or a court order stating that Chase does not have to comply with this request for production of documents.

If you have questions, please call me directly at +1 317-757-7372.

Yours truly,

Donna A Craig
Subpoena Analyst

Enc.

2011-04-28 16:48  Confidential Information Redacted  >> 0433111188565800  P 2/3

SBP0028 2645 MY

AO 88B (Rev. 01/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| Jonathan D. Cobb Sr. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. CV10-3907 |
| | ) |
| Ernest Brede | ) (If the action is pending in another district, state where: |
| *Defendant* | ) ☑ |

SUBPOENA PROCESSING INCOMING APR 29 PM 3:44

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES

To: JPMorgan Chase Bank, N.A.

☑ *Production*: YOU ARE COMMANDED to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: Any and all account information related to tax ID        4603, any and all signature cards/documentation verifying who opened the account, any and all cancelled checks, identity documents used to establish the account, a complete history of all activity including monthly statements from account inception til present, copies/images of all deposit and withdrawal slips, checks and wire transfers, employee activity log w/account

| Place: Provide documents and copies via postal mail to Jonathan D. Cobb Sr. or Walter A. St. Clair at the below listed addresses or in person via courier specified | Date and Time: 05/11/2011 17:00 |
|---|---|

☐ *Inspection of Premises*: YOU ARE COMMANDED to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 04/28/2011

RICHARD W. WIEKING
CLERK OF COURT

_____    OR    _____
*Signature of Clerk or Deputy Clerk*              *Attorney's signature*
GLORIA ACEVEDO

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* J. Cobb Sr, Walter St. Clair
Jonathan D. Cobb 828 Weeks St., East Palo Alto, California 94303     , who issues or requests this subpoena, are:

Walter A. St. Clair, 1227 Sevier Ave., Menlo Park, California 94025
Jonathan D. Cobb Sr. 828 Weeks Street, East Palo Alto, California 94303

Exhibit C

C 10-3907
Case 3:10-cv-03907-MEJ Document43 Filed 05/13/11 Page 1 of 1
Case 3:10-cv-03907-MEJ Document 47-1 Filed 05/23/11 Page 8 of 8

Served in Person at Bank location

AO 88B (Rev. 01/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises (Page 2)

Civil Action No. CV10-3907

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* JPMorgan Chase Bank, N.A.
was received by me on *(date)* _____ .

☐ I personally served the subpoena on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the subpoena at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the subpoena to *(name of individual)* Maritza Araujo , who is
designated by law to accept service of process on behalf of *(name of organization)* Chase Bank
on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because _____ ; or

☐ other *(specify)*:


Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 20 .

My fees are $ 20 for travel and $ 10 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

Jon Cobb Jr.
*Printed name and title*

830 Weeks St. E. Palo Alto, CA 94303
*Server's address*

Additional information regarding attempted service, etc: