# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| JONATHAN D. COBB, SR., et al., | No. C 10-03907 MEJ |
| Plaintiffs, | |
| v. | **ORDER RE MOTION TO QUASH** |
| ERNEST BREDE, et al., | |
| Defendants. | |
| _____/ | |

On May 23, 2011, Defendants filed a Motion to Quash Subpoena Served on Chase Bank. Dkt. Nos. 47, 48. As Defendants' motion does not comply with the undersigned's discovery standing order to file joint letters in lieu of motions, it shall not be considered at this time. However, an order to show cause hearing is currently scheduled to take place on June 9, 2011, regarding Plaintiffs' failure to comply with court rules, including their discovery obligations. Based on the outcome of that hearing, the Court may subsequently consider Defendants' motion or order the parties to meet and confer. Such issues shall be addressed on June 9. In the meantime, the parties shall not file any further discovery disputes, unless in compliance with the standing order.

**IT IS SO ORDERED.**

Dated: May 23, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT<br>FOR THE<br>NORTHERN DISTRICT OF CALIFORNIA

JONATHAN D COBB SR

       Plaintiff,

  v.

ERNEST BREDE

       Defendant.

Case Number: 10-03907 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 23, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jonathan D. Cobb, Sr.
828 Weeks St.
Palo Alto, CA 94303

Walter Arlen St. Clair
1227 Sevier St
Menlo Park, CA 94025

Dated: May 23, 2011

                             Richard W. Wieking, Clerk
                             By: Brenda Tolbert, Deputy Clerk