# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| JONATHAN D. COBB, SR., et al., | No. C 10-03907 MEJ |
| Plaintiffs, | |
| v. | **ORDER RE OUTSTANDING DISCOVERY** |
| ERNEST BREDE, et al., | |
| Defendants. | |
| _____/ | |

On June 9, 2011, the Court held an order to show cause hearing regarding certain discovery issues that have arisen in this case. Based upon discussions at the hearing, the Court ORDERS as follows:

1) By 5 p.m. today, Plaintiffs shall file with the Court and serve on Defendants' counsel, Anthony Smith, the telephone number and email address for their representative. Mr. Smith shall then channel all correspondence with Plaintiffs through their representative, and correspondence via the telephone number and email address provided shall be deemed notice to Plaintiffs.

2) Plaintiffs shall serve on Defendants' counsel responses to Defendants' outstanding interrogatories and requests for production of documents by June 17, 2011 at 5:00 p.m. As discussed at the hearing, Plaintiffs shall ensure that each interrogatory is answered separately by number and fully in writing under oath. Plaintiffs shall also ensure that each request for production is answered separately and under oath; no blanket statements shall be permitted. Plaintiffs shall review Civil Local Rule 3-4 for the formatting requirements for all documents.

3) By June 17, 2011 at 5:00 p.m., Plaintiffs shall provide a list to Mr. Smith of all third party

subpoenas that they have issued or wish to have issued to date.  Plaintiffs are reminded that Mr. Smith must receive proper notice of any third party subpoenas.

4) The parties shall appear for a meet and confer session on June 24, 2011 at 9:30 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.  The purpose of the meet and confer is to discuss Plaintiffs' discovery responses described above, the third party subpoenas, and any other outstanding discovery disputes.  Plaintiffs may bring their representative to the meeting.

5) The parties shall appear before the undersigned for a status conference on June 30, 2011 at 10:00 a.m. in Courtroom B.

**IT IS SO ORDERED.**

Dated: June 9, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge

2

United States District Court<br>For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN D COBB SR | |
| Plaintiff, | Case Number: 10-03907 MEJ |
| v. | **CERTIFICATE OF SERVICE** |
| ERNEST BREDE | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 9, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jonathan D. Cobb, Sr.
828 Weeks St.
Palo Alto, CA 94303

Walter Arlen St. Clair
1227 Sevier St
Menlo Park, CA 94025

Dated: June 9, 2011

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk