UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| JONATHAN D. COBB, SR., et al.,<br><br>  Plaintiffs,<br>  v.<br><br>ERNEST BREDE, et al.,<br><br>  Defendants.<br>_____/ | No. C 10-03907 MEJ<br><br>**FURTHER DISCOVERY ORDER** |

On June 30, 2011, the Court held a status conference regarding outstanding discovery issues. Based upon discussions at the hearing, the Court ORDERS as follows:

1) By July 5, 2011, Defendants shall provide Plaintiffs and their legal liaison with a letter detailing any claimed inadequacies in Plaintiffs' interrogatory responses. Plaintiffs shall then provide a verified response by July 12, 2011.

2) By July 12, 2011, Plaintiffs shall serve on Defendants' counsel a statement that details how each document they have produced is responsive to Defendants' requests for production of documents. Specifically, Plaintiffs shall ensure that, for each document they have produced, the statement shall identify the document and match it to a specific numbered document request. Plaintiffs are encouraged to utilize an organizational labeling method to identify the documents, such as Bates numbering or page numbering.

3) Any third party subpoenas that are issued must be served on the opposing party.

4) The parties shall prepare a stipulation and proposed order for production of records from Chase Bank and Wells Fargo Bank. The parties shall also prepare a stipulated protective order regarding confidentiality. The proposed orders shall be filed by July 26, 2011.

5) The parties shall appear for a meet and confer session on July 22, 2011 at 9:00 a.m. in

Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The purpose of the meet and confer is to discuss the discovery issues described above. Plaintiffs may bring their legal liaison to the meeting.

6) The parties shall appear before the undersigned for a status conference on July 28, 2011 at 10:00 a.m. in Courtroom B.

**IT IS SO ORDERED.**

Dated: June 30, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JONATHAN D COBB SR

        Plaintiff,

v.

ERNEST BREDE

        Defendant.

Case Number: 10-03907 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 30, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jonathan D. Cobb, Sr.
828 Weeks St.
Palo Alto, CA 94303

Walter Arlen St. Clair
1227 Sevier St
Menlo Park, CA 94025

Dated: June 30, 2011

                                Richard W. Wieking, Clerk
                                By: Brenda Tolbert, Deputy Clerk

3