UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| JONATHAN D. COBB, SR., et al.,<br><br>          Plaintiffs,<br>  v.<br><br>ERNEST BREDE, et al.,<br><br>          Defendants.<br>_____/ | No. C 10-03907 MEJ<br><br>**FURTHER DISCOVERY ORDER** |

On July 28, 2011, the Court held a status conference regarding outstanding discovery issues. Based upon discussions at the hearing, the Court ORDERS as follows:

1) By August 4, 2011, Defendants' counsel shall prepare and submit to Mr. Steele a draft stipulated order regarding production of records from Chase Bank and Wells Fargo Bank. The parties shall then meet and confer, and thereafter file the stipulated proposed order by August 11, 2011.

2) The parties shall meet and confer for the purpose of submitting a proposed protective order in this case. The parties are encouraged to utilize the sample protective order on the Court's website, a copy of which is enclosed herewith for Plaintiffs. The proposed protective order shall be filed by August 11, 2011; and

3) The parties shall appear before the undersigned for a status conference on September 1, 2011 at 10:00 a.m. in Courtroom B.

**IT IS SO ORDERED.**

Dated: July 28, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JONATHAN D COBB SR

        Plaintiff,

v.

ERNEST BREDE

        Defendant.

Case Number: 10-03907 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 28, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jonathan D. Cobb, Sr.
828 Weeks St.
Palo Alto, CA 94303

Walter Arlen St. Clair
1227 Sevier St
Menlo Park, CA 94025

Dated: July 28, 2011

        Richard W. Wieking, Clerk
        By: Brenda Tolbert, Deputy Clerk

2