# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| JONATHAN D. COBB, SR., et al., | No. C 10-03907 MEJ |
| Plaintiffs, | |
| v. | **DISCOVERY ORDER** |
| ERNEST BREDE, et al., | |
| Defendants. | |
| _____/ | |

On September 1, 2011, the Court held a status conference regarding outstanding discovery issues in this case. Based upon discussions at the hearing, the Court ORDERS as follows:

1) Depositions shall take place as follows:

 a) Plaintiff Jonathan Cobb's deposition shall take place on September 15, 2011.

 b) Plaintiff Walter Arlen St. Clair's deposition shall take place on September 20, 2011.

 c) Third Party Jason Cobb's deposition shall take place on September 27, 2011. Jason Cobb agreed on the record to accept service of the deposition subpoena by mail.

2) By September 8, 2011, Plaintiffs shall file with the Court and serve on Defendants' counsel a telephone number and email address at which they may be reached personally. Plaintiffs shall be considered on notice of any information sent via the email address provided. At the September 1 hearing, Mr. Arlen St. Clair stated that his email address would be provided, and Mr. Cobb stated that he consents to being on notice of information Defendants' counsel sends to the email address provided. Mr. Arlen St. Clair shall also ensure that his mailing address is updated with the Clerk of Court as soon as possible.

3) By September 8, 2011, Defendants' counsel shall review the proposed protective order provided by Plaintiffs at the hearing and thereafter file as one document:

      a)     Plaintiffs' proposed protective order;

      b)     Any objections to Plaintiffs' proposed order; and

      c)     Defendants' proposed protective order, which was previously served on Plaintiffs.

4) Upon receipt and review of the parties' proposed protective orders, the Court shall issue a protective order which binds all parties in this matter. Failure to abide by the terms of the protective order may result in the imposition of sanctions.

5) By September 8, 2011, Defendants' counsel shall file as one document the parties' proposed orders for Wells Fargo and Chase Bank records. Upon issuance of the protective order, the Court shall also issue an order directing Wells Fargo and Chase to produce the requested bank records. The cost of production shall be split evenly between Plaintiffs and Defendants.

**IT IS SO ORDERED.**

Dated: September 1, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JONATHAN D COBB SR

        Plaintiff,

v.

ERNEST BREDE

        Defendant.

Case Number: 10-03907 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 1, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jonathan D. Cobb, Sr.
828 Weeks St.
Palo Alto, CA 94303

Walter Arlen St. Clair
1227 Sevier St
Menlo Park, CA 94025

Dated: September 1, 2011

                Richard W. Wieking, Clerk
                By: Brenda Tolbert, Deputy Clerk