1  Anthony V. Smith, Esq. (SBN 124840)
   LAW OFFICE OF ANTHONY V. SMITH
2  204 East Second Avenue, #331
   San Mateo, CA  94401-3904
3  Tel:  650.548.0100
   Fax: 650.548.9741
4
5  Attorney for Defendants ERNEST BREDE, LUIS CONTRERAS, PAUL KOEHLER, LARRY
   LAVERDURE, DONALD SHOWERS, AARON LUCAS, STEVE MISTERFELD, ALAN
6  SHUSTER, RICHARD ASHE and DOE SDG:SSX
7

##  IN THE UNITED STATES DISTRICT COURT

##  FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN D. COBB, SR., and WALTER ARLEN ST. CLAIR, <br><br> Plaintiffs, <br><br> v. <br><br> ERNEST BREDE, LUIS CONTRERAS, PAUL KOEHLER, LARRY LAVERDURE, DONALD SHOWERS, AARON LUCAS, STEVE MISTERFELD, ALAN SHUSTER, RICHARD ASHE and DOE SDG:SSX, <br><br> Defendants. | Case No.: 3:10-CV-03907-MEJ <br><br> **JUDGE:  Honorable Maria-Elena James** <br><br> **ORDER DIRECTING WELLS FARGO BANK, N.A., AND J.P. MORGAN CHASE, RESPECTIVELY TO PRODUCE BANK RECORDS** <br><br> CTRM: B, 15th Floor, SF <br> DATE:  August 11, 2011 <br><br> Complaint Filed:  August 31, 2010 |

The stipulation of the parties to this action having come before the court for the production of the following bank records.  The parties having agreed that the following bank records shall be deemed confidential and subject to the Stipulated Protective Order attached to this Order and incorporated herein as Exhibit A, relating to the bank records that are the subject of this order, namely, the following records:

**Wells Fargo Bank, N.A.**

| | |
|---|---|
| M P Jehovas Witness K H O F | Checking account #87894705 |
| Menlo Park Jehovah's Witnesses | Checking account #028-1021162 |
| Menlo Park Jehovah's Witnesses | Savings account #6197841171 |
| M P Jehovas Witness K H O F | Checking account #1940935883 |
| M P Jehovas Witness K H O F | Savings account #9841455224 |
| M P Jehovas Witness K H O F | Checking account #6835698694 |
| M P Jehovas Witness K H O F | Checking account #6657578339 |

Japanese Congregation of Jehovah's Witnesses Menlo Park --
Checking account #xxxxx2866

**JP Morgan Chase Bank**

The Menlo Park Congregation of Jehovah's Witnesses, Inc –
Checking account #xxxxx2300

**IT IS HEREBY ORDERED** that Wells Fargo Bank, N.A, and JP Morgan Chase Bank, produce all bank records for the above reference accounts for the period of January 1, 2003 to the present, including, but not limited to, any and all records, including, but not limited to records containing the above-mentioned account names or any derivation thereof, all account applications, checking accounts, savings accounts, credit card accounts, debit card accounts, business checking accounts, business market rate savings accounts, signature cards, records reflecting all authorized users, removal of authorized users, documents reflecting changes of authorized users, signature cards, identification documents provided to establish the accounts, all cancelled checks, records of deposits, records of electronic funds transfers, monthly statements, wiring transfers, records of account activity, correspondence & memorandums relating to said accounts.

**IT IS FURTHER ORDERED** that the obligation of Wells Fargo Bank, N.A, and JP Morgan Chase Bank, respectively, to comply with this Order is conditioned upon and subject to proof by plaintiffs, on the one hand, and defendants, on the other hand,

respectively, that they have borne their costs associated with the production of the bank records from Wells Fargo Bank, N.A, and JP Morgan Chase Bank, respectively. Should either party fail to bear their respective cost of the bank records, then that party shall not be entitled to a copy thereof, respectively.

**IT IS FURTHER ORDERED** that upon proof that the party has borne their cost associated with the production of the bank records as set forth in this Order, then a complete copy of the bank records, respectively, shall be delivered to the parties as follows:

For the Plaintiffs: Plaintiff Jonathan D. Cobb, Sr., 828 Weeks Street, East Palo Alto, California, 94303.

For the Defendants: Law Office of Anthony V. Smith, 177 Bovet Road, Suite 600, San Mateo, California, 94402.

DATED: September 26, 2011

_____
THE HONORABLE MARIA-ELENA JAMES
UNITED STATES DISTRICT COURT

Date:

Approved as to form.

_____
Jonathan Cobb
PLAINTIFF IN PRO PER