**UNITED STATES DISTRICT COURT**

Northern District of California

| | |
|---|---|
| JONATHAN D. COBB, SR., et al., | No. C 10-03907 MEJ |
| Plaintiffs, | **ORDER COMPELLING JASON COBB TO APPEAR FOR DEPOSITION** |
| v. | |
| ERNEST BREDE, et al., | |
| Defendants. | |

The Court is in receipt of the Declaration of Anthony Smith regarding Jason Cobb's failure to appear at his noticed deposition. Dkt. No. 86. As discovery in this matter closes on October 6, 2011 and time is of the essence, the Court hereby ORDERS Jason Cobb to appear for his deposition on October 5, 2011, at 9:30 a.m. at Circle One Video Conference Room, 1350 Old Bayshore Highway, Suite 60, Burlingame, California 94010. Mr. Cobb shall comply with all aspects of the Subpoena to Appear and Testify, issued by the Clerk of Court on September 10, 2011. Failure to comply with this Order may result in the imposition of sanctions, including barring Plaintiffs from introducing any statements, declarations, affidavits, or testimony from Jason Cobb in any future proceedings in this case, including dispositive motions and trial testimony.

**IT IS SO ORDERED.**

Dated: September 29, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JONATHAN D COBB SR

        Plaintiff,

v.

ERNEST BREDE

        Defendant.

Case Number: 10-03907 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 29, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jonathan D. Cobb, Sr.
828 Weeks St.
Palo Alto, CA 94303

Walter Arlen St. Clair
1227 Sevier St
Menlo Park, CA 94025

Dated: September 29, 2011

                                            Richard W. Wieking, Clerk
                                            By: Brenda Tolbert, Deputy Clerk