UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN D COBB SR,<br><br>        Plaintiff(s),<br><br>  v.<br><br>ERNEST BREDE,<br><br>        Defendant(s).<br>_____/ | No. C-10-03907-MEJ  (DMR)<br><br>**ORDER DENYING REQUEST FOR TELEPHONE APPEARANCE AT SETTLEMENT CONFERENCE [DOCKET NO. 90]** |

The request to appear at the settlement conference by telephone is DENIED.

IT IS SO ORDERED.

Dated: October 4, 2011

_____
DONNA M. RYU
United States Magistrate Judge