Anthony V. Smith, Esq. (SBN 124840)
LAW OFFICE OF ANTHONY V. SMITH
204 East Second Avenue, #331
San Mateo, CA 94401-3904
Tel: 650.548.0100
Fax: 650.548.9741

Attorney for Defendants ERNEST BREDE, LUIS CONTRERAS, PAUL KOEHLER, LARRY LAVERDURE, DONALD SHOWERS, AARON LUCAS, STEVE MISTERFELD, ALAN SHUSTER, RICHARD ASHE and DOE SDG:SSX

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN D. COBB, SR., and WALTER ARLEN ST. CLAIR,<br><br>Plaintiffs,<br><br>v.<br><br>ERNEST BREDE, LUIS CONTRERAS, PAUL KOEHLER, LARRY LAVERDURE, DONALD SHOWERS, AARON LUCAS, STEVE MISTERFELD, ALAN SHUSTER, RICHARD ASHE and DOE SDG:SSX,<br><br>Defendants. | Case No.: 3:10-CV-03907-MEJ<br><br>**JUDGE: Honorable Maria-Elena James**<br><br>**DECLARATION OF ANTHONY V. SMITH RE REQUEST TO EXTEND DISCOVERY DEADLINE TO COMPLETE DEPOSITION OF JASON COBB**<br><br>Original Complaint Filed: August 31, 2010<br>Discovery Cut-Off: October 6, 2011<br>Settlement Conference Date: October 13, 2011 |

I, Anthony V. Smith, Esq., declare:

1. I am an attorney licensed to practice before all courts in the State of California including the United States District Court, Northern District of California. I have personal

knowledge of the facts contained in this declaration and could competently testify to the same if called upon to do so in a court of law. I represent all currently named defendants sued by plaintiffs in this action.

2. As the court is aware, last week the court issued an Order Compelling Jason Cobb to appear for his deposition today, October 5, 2011, at 9:30 a.m. Mr. Cobb appeared as did the undersigned. However, due to an apparent mix-up with the court reporter agency, no court reporter appeared for the deposition. In an effort to commence and complete the deposition as ordered, Mr. Cobb agreed to (and in fact did) make himself available at 12:00 noon today contingent upon the court reporter agency securing a court reporter. Unfortunately, De Souza Court Reporting was unable to obtain a court reporter at that time. As soon as I learned that De Souza could not obtain a reporter, I immediately telephone Mr. Cobb and left a message (which he acknowledged at 11:55 p.m.). I also emailed him. A true and correct copy of the email that I sent to Mr. Cobb is attached to and incorporated into this declaration as Exhibit A. I also met with Mr. Cobb at the Circle Video offices at 12:00 noon and discussed continuing his deposition. Tentative arrangements have been made for Mr. Cobb's appearance for his deposition, tomorrow, October 6, 2011, at 1:00 p.m., at Circle Video, the same location that was set for today's deposition. Mr. Cobb has agreed to inform the undersigned by 4:00 p.m. today whether he can appear for his deposition. **Discovery in this action terminates tomorrow, October 6, 2011.**

3. I am making the request to extend the date to complete Mr. Cobb's deposition in an abundance of caution despite the fact that I am waiting for his confirmation concerning tomorrow's tentative deposition. I request a short extension of the discovery deadline solely for the purpose of completing Mr. Cobb's deposition **to up to and including Thursday, October 13, 2011.** I have provided Mr. Cobb two (2) alternate dates to complete of his deposition,

namely, either Tuesday, October 11, 2011, or Wednesday, October 12, 2011, at 9:30 a.m.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: October 5, 2011

_____
Anthony V. Smith, Esq.
LAW OFFICE OF ANTHONY V. SMITH
Attorney for Defendants ERNEST BREDE, LUIS CONTRERAS
PAUL KOEHLER, LARRY LAVERDURE, DONALD SHOWERS
AARON LUCAS, STEVE MISTERFELD, ALAN SHUSTER,
RICHARD ASHE and DOE SDG:SSX



GRANTED
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA