# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL CONFERENCE MINUTE ORDER

**CASE NO.  C 10-03907-MEJ  (DMR)**

**CASE NAME:  JONATHAN D COBB SR v. ERNEST BREDE**

**MAGISTRATE JUDGE DONNA M. RYU**          **COURTROOM DEPUTY**: **N/A**

**DATE**: October 21, 2011          **TIME: 0.5 hrs**          **COURT REPORTER**: **N/A**

**COUNSEL FOR PLAINTIFF:**                    **COUNSEL FOR DEFENDANT:**

---

### PROCEEDINGS

[]  SETTLEMENT CONFERENCE                    [X]  FURTHER SETTLEMENT CONFERENCE

  []  Settled
  [X] Did not settle
  []  Partial settlement

[]  DISCOVERY CONFERENCE

[]  STATUS CONFERENCE RE:_____

[]  OTHER:_____

CASE CONTINUED TO:_____FOR_____

NOTES: Further telephonic settlement conference proceedings held.

CC:     Chambers