UNITED STATES DISTRICT COURT

Northern District of California

JONATHAN D. COBB, SR., et al.,

          Plaintiffs,

  v.

ERNEST BREDE, et al.,

          Defendants.

_____/

No. C 10-03907 MEJ

**ORDER RE CHAMBERS COPIES**

On November 2, Defendants electronically filed a motion for summary judgment. (Dkt. Nos. 114-15.)  However, Defendants failed to comply with General Order 45 and the Court's Standing Orders by not delivering to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'"  See General Order 45 § VI.G; see also Case Management Standing Order, Magistrate Judge Maria-Elena James, ¶ 6.  The Court ordered Defendants to submit a chambers copy of the above-referenced documents.  Dkt. No. 119.

The Court is now in receipt of the submitted chambers copies, which do not comply with the previous order.  Accordingly, the Court hereby ORDERS Defendants to re-submit chambers copies of all documents related to their summary judgment motion.  Defendants shall ensure that the copies comply with the following requirements: **ALL CHAMBERS COPIES OF ELECTRONICALLY FILED DOCUMENTS MUST INCLUDE (1) ON EACH PAGE THE RUNNING HEADER CREATED BY THE ECF SYSTEM, AND (2) ALL EXHIBITS WITH LABELED TAB DIVIDERS.**

      **IT IS SO ORDERED.**

Dated: November 7, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge