UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| JONATHAN D. COBB, SR., et al., | No. C 10-3907 MEJ |
| Plaintiffs, | **ORDER VACATING PRETRIAL AND TRIAL DATES** |
| v. | |
| ERNEST BREDE, et al., | |
| Defendants. | |
| _____/ | |

This matter is currently scheduled for a hearing on Defendants' summary judgment motion on January 5, 2012. At the same time, the parties' pretrial filings are due on January 26, 2012. As it is unlikely that the Court will issue an order on Defendants' motion prior to the January 11, 2012 deadline for the parties to meet and confer regarding pretrial filings, the Court hereby VACATES all pending pretrial and trial dates. After resolution of Defendants' motion, the Court shall issue a revised case management schedule, if necessary.

**IT IS SO ORDERED.**

Dated: December 6, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JONATHAN D COBB SR

        Plaintiff,

  v.

ERNEST BREDE

        Defendant.
                                          /

Case Number: 10-03907 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 6, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jonathan D. Cobb, Sr.
828 Weeks St.
Palo Alto, CA 94303

Walter Arlen St. Clair
1227 Sevier St
Menlo Park, CA 94025

Dated: December 6, 2011

                                        Richard W. Wieking, Clerk
                                        By: Brenda Tolbert, Deputy Clerk

2