UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| JONATHAN D. COBB, SR., et al., | No. C 10-3907 MEJ |
| Plaintiffs, | **ORDER VACATING HEARING** |
| v. | **Re: Docket No. 114** |
| ERNEST BREDE, et al., | |
| Defendants. | |
| _____/ | |

This matter is currently scheduled for a hearing regarding Defendants' Motion for Summary Judgment on January 5, 2012. Pursuant to Civil Local Rule 7-1(b), the Court finds this matter suitable for disposition without a hearing and hereby VACATES the January 5 hearing. The Court shall issue an order forthwith.

**IT IS SO ORDERED.**

Dated: January 3, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JONATHAN D COBB SR

        Plaintiff,

  v.

ERNEST BREDE

        Defendant.

Case Number: 10-03907 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 3, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jonathan D. Cobb, Sr.
828 Weeks St.
Palo Alto, CA 94303

Walter Arlen St. Clair
830 Weeks St
Palo Alto, CA 94303

Dated: January 3, 2012

                Richard W. Wieking, Clerk
                By: Brenda Tolbert, Deputy Clerk

2